Exhibit A
Jefferson Circuit Court Filings

Filed         19-CI-000185   01/10/2019         David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
02/07/2019 11:39:28 AM
82451-44

CASE NO. _____

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT

PLAINTIFF

KEITH HAZELWOOD
7803 SAINT ANDREWS CHURCH ROAD
LOT 59
LOUISVILLE, KY 40214

*v.*

***ELECTRONICALLY FILED***

DEFENDANT

S SERVICE, LLC
A/K/A SUPER SERVICE, LLC
6000 CLAY AVENUE S.W.
GRAND RAPIDS, MI 49548-5785

    Serve:  C T CORPORATION SYSTEM
           306 W MAIN ST
           SUITE 512
           FRANKFORT, KY 40601

DEFENDANT

REYNOLDS MANUFACTURING, INC.
1900 W. FIELD COURT
LAKE FOREST, IL 60045

    Serve:  C T CORPORATION SYSTEM
           306 W MAIN ST
           SUITE 512
           FRANKFORT, KY 40601

DEFENDANT

REYNOLDS CONSUMER PRODUCTS, LLC
A/K/A REYNOLDS CONSUMER PRODUCTS, INC.
A/K/A REYNOLDS FOIL, INC.
1900 WEST FIELD COURT
LAKE FOREST, IL 60045

    Serve:  C T CORPORATION SYSTEM
           306 W. MAIN ST
           SUITE 512
           FRANKFORT, KY 40601

DEFENDANT

PACTIV, LLC
A/K/A PACTIV CORPORATION
1900 WEST FIELD COURT
LAKE FOREST, IL 60045

Presiding Judge: HON. ANGELA MCCORMICK, BISIG (630326)

COM : 000001 of 000007

Filed        19-CI-000185    01/10/2019        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:39:28 AM
82451-44

Serve:  C T CORPORATION SYSTEM
        306 W MAIN ST
        SUITE 512
        FRANKFORT, KY 40601

WHITTENBERG PROPERTIES, LLC                          DEFENDANT
425 TWINBROOK ROAD
LOUISVILLE, KY 40207

Serve:  JOAN T. WHITTENBERG
        425 TWINBROOK ROAD
        LOUISVILLE, KY 40207

## COMPLAINT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes now the Plaintiff, Keith Hazelwood, by counsel, and for his causes of action against the Defendants states as follows:

### PARTIES

1.     The Plaintiff, Keith Hazelwood, is a citizen and resident of the state of Kentucky, residing at 7803 Saint Andrews Church Road, Lot 59, Louisville, KY 40214.

2.     Defendant S Service, LLC a/k/a Super Service, LLC was at all times a limited liability company organized in the state of Delaware.

3.     Defendant Reynolds Manufacturing, Inc. was at all relevant times a corporation incorporated in Delaware, with its principal place of business in Illinois.

4.     Defendant Reynolds Consumer Products, LLC a/k/a Reynolds Consumer Products, Inc. was at all relevant times a limited liability company organized in Delaware.

5.     Defendant Pactiv, LLC a/k/a Pactiv Corporation was at all relevant times a limited liability company organized in the state of Delaware.

6.     Defendant Whittenberg Properties, LLC was at all times a limited liability company organized in Kentucky with, on information and belief, members residing in Kentucky.

Page 2 of 7

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000002 of 000007

Filed          19-CI-000185     01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:39:28 AM
82451-44

## JURISDICTION AND VENUE

7.     The circumstances giving rise to this Complaint took place in Jefferson County, Kentucky.

8.     The amount in controversy exceeds the jurisdictional requirements of this Court.

9.     This Court has jurisdiction over the parties and the subject matter and venue is proper in this Court.

## GENERAL ALLEGATIONS

10.     The incident that forms the basis of the claims stated herein is an injury to the Plaintiff that occurred on or about May 28, 2018 at the Reynolds Wrap Center, 3041 Wilson Ave., Louisville, KY 40211 (the "premises"). As a result of the negligence of the Defendants, the Plaintiff sustained injuries, including injuries to his right shoulder.

11.     On or about May 28, 2018, the Plaintiff was opening the doors of a Super Service trailer upon the premises, when unsecured cargo fell on the Plaintiff, causing injuries.

12.     The Defendants were responsible for eliminating and/or warning of hazardous conditions upon the premises and/or in the aforementioned trailer.

13.     The Defendants failed to exercise reasonable care in ensuring that the premises and the aforementioned trailer were free of hazardous conditions. This failure was a direct and proximate cause of injuries sustained by the Plaintiff and constituted a breach of the Defendants' duties to Plaintiff.

14.     The Defendants failed to comply with the requirements of 49 CFR § 393 and 601 KAR 1:005 Section 2 related to securing cargo. As a result of this failure, the aforementioned unsecured cargo fell on Plaintiff, causing injuries.

Filed          19-CI-000185     01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000003 of 000007

Filed          19-CI-000185   01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:39:28 AM
82451-44

15.     The Defendants knew or should have known that the failure to exercise the appropriate level of care in securing cargo could result in injury to others.

16.     At all relevant times, the Defendants acted by and through their authorized agents, ostensible agents, servants, employees, and/or other representatives. The doctrine of *respondeat superior* applies to the Defendants for the negligent acts or failure to act of their authorized agents, ostensible agents, servants, employees, and/or other representatives.   The Defendants authorized and/or ratified the tortious conduct of their authorized agents, ostensible agents, servants, employees, and/or other representatives or should have anticipated that such tortious conduct would occur.

17.     The Defendants failed to comply with the applicable duties of care toward the Plaintiff. Such failure constituted a breach of said duties and was the cause of damages sustained by the Plaintiff.

18.     As a direct and proximate result of Defendants' negligence, Plaintiff sustained temporary and permanent injuries, causing great physical, emotional, and mental pain and anguish and the loss of enjoyment of life, and Plaintiff will continue to suffer such damage in the future; and, Plaintiff has incurred expenses for medical treatment of said injuries and will be required to pay for medical treatment in the future, her injuries being permanent in nature.

19.     The acts and/or omissions of Defendants were malicious, wanton, reckless, and/or grossly negligent.

## COUNT I: NEGLIGENCE

20.     The Plaintiff adopts and reiterates each and every allegation above as if set forth fully herein, incorporates same by reference, and further states:

Filed          19-CI-000185   01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000004 of 000007

Filed        19-CI-000185    01/10/2019        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:39:28 AM
82451-44

21.     The Defendants and/or their predecessors owed a duty to the Plaintiff to exercise ordinary care to prevent foreseeable injuries.  The Defendants and/or their predecessors breached this duty by failing to exercise adequate care in securing cargo.

22.     The Defendants knew or should have known, prior to Plaintiff's injury, that failing to exercise adequate care when securing cargo could result in injury to others.  The Defendants and/or their predecessors breached their duty of care to the Plaintiff by failing to exercise ordinary care in securing cargo.

23.     On or about May 28, 2018, as a direct and proximate result of The Defendants' failure to exercise reasonable care, the Plaintiff sustained injuries.

24.     The Defendants' breach of the duty of care owed to the Plaintiff was a substantial factor in causing, and/or the direct and proximate cause of, physical, emotional, and financial injuries suffered by the Plaintiff, including the following:

   a.   mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

   b.   the expenditure of sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in a sum to be determined by a jury sitting in the trial of this matter;

   c.   loss of the Plaintiff's ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter; and

   d.   lost earnings and impaired ability to labor and earn money in the future, in a sum to be determined by a jury sitting in the trial of this matter.

Page 5 of 7

Presiding Judge: HON. ANGELA MCCORMICK BISIG (530326)

COM : 000005 of 000007

Filed          19-CI-000185   01/10/2019          David L. Nicholson, Jefferson Circuit Clerk      NOT ORIGINAL DOCUMENT
02/07/2019 11:39:28 AM
82451-44

## COUNT II: NEGLIGENCE *PER SE*

25.      The Plaintiff adopts and reiterates each and every allegation above as if set forth fully herein, incorporates same by reference, and further states:

26.      The Defendants had a duty to ensure the above-mentioned trailer's cargo was secure pursuant to 49 CFR § 393 and 601 KAR 1:005 Section 2.

27.      The Defendants failed to keep above-mentioned trailer's cargo secure pursuant to said statutes and regulations.

28.      The Defendants' failure to secure the cargo constituted a violation of said statutes and regulations and such failures, therefore, constituted negligence *per se.*

29.      The Defendants' breach of said duties imposed by statutes and regulations was the direct and proximate cause of physical, emotional, and financial injuries suffered by the Plaintiff, including those listed above.

## COUNT III: PUNITIVE DAMAGES

30.      The Plaintiff adopts and reiterates each and every allegation above as if set forth fully herein, incorporates same by reference, and further states:

31.      The above-described negligence and intentional conduct of the Defendants constituted oppression, fraud, malice, gross negligence, and a reckless disregard for the lives and safety of others.

32.      As a direct and proximate result of the Defendants' intentional conduct, negligence, oppression, fraud, malice, gross negligence, and a reckless disregard for the lives and safety of others, the Plaintiff suffered the injuries described herein so as to warrant the imposition of punitive damages.

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000006 of 000007

Filed          19-CI-000185   01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

Filed        19-CI-000185   01/10/2019        David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                                             02/07/2019 11:39:28 AM
                                                                                             82451-44

33.    The imposition of punitive damages is necessary to serve as a deterrent effect to Defendants and others similarly situated.

**WHEREFORE**, the Plaintiff, Keith Hazelwood, by counsel, demands judgment against the Defendants as follows:

1.    A trial by jury on all issues of fact herein;

2.    Judgment against the Defendants in a fair and reasonable amount;

3.    Pre and post judgment interest;

4.    Compensatory damages to the extent determined by a trier of fact, including compensation for past and future medical expenses, past and future pain and suffering, lost earnings, and impaired ability to labor an earn money in the future;

5.    Punitive damages to the extent determined appropriate by a trier of fact;

6.    Attorney's fees;

7.    Plaintiff's costs herein expended; and

8.    Any and all other relief to which the Plaintiff is entitled.

Respectfully submitted,

*/s/ Brenton D. Stanley*
Brenton D. Stanley, Esq.
MORGAN & MORGAN KENTUCKY, PLLC
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
Phone: (502) 912-5906
Fax: (502) 912-6452
bstanley@forthepeople.com
*Counsel for the Plaintiff*

Presiding Judge: HON. ANGELA MCCORMICK BISIG (530326)

COM : 000007 of 000007

Filed        19-CI-000185   01/10/2019        David L. Nicholson, Jefferson Circuit Clerk



| AOC-E-105    Sum Code: CI | | Case #: **19-CI-000185** |
| :--- | :--- | :--- |
| Rev. 9-14 | | 82451-44 |
| | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | |
| Court of Justice    *Courts.ky.gov* | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

NOT ORIGINAL DOCUMENT
02/07/2019 11:43:54 AM

*Plaintiff,* **HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL**, *Defendant*

TO:   **JOAN T. WHITTENBERG**
      **425 TWINBROOK ROAD**
      **LOUISVILLE, KY 40207**

Memo: Related party is WHITTENBERG PROPERTIES, LLC

The Commonwealth of Kentucky to Defendant:
**WHITTENBERG PROPERTIES, LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **1/10/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

CI : 000001 of 000001

Summons ID: @00000894599
CIRCUIT: 19-CI-000185 Certified Mail
HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL



*eFiled*

| AOC-E-105    Sum Code: CI |  | NOT ORIGINAL DOCUMENT 02/07/2019 02:24:36 PM |
|---|---|---|
| Rev. 9-14 | | Case #: **19-CI-000185** |
| Commonwealth of Kentucky | | 82451-44 |
| Court of Justice    *Courts.ky.gov* | | Court:   **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County: **JEFFERSON Circuit** |

*Plaintiff,* **HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL,** *Defendant*

TO:  **C T CORPORATION SYSTEM**
 **306 W MAIN ST**
 **SUITE 512**
 **FRANKFORT, KY 40601**

Memo: Related party is PACTIV, LLC

The Commonwealth of Kentucky to Defendant:
**PACTIV, LLC**

 You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

 *Davis L. Nicholas*
 Jefferson Circuit Clerk
 Date: **1/10/2019**

<div style="writing-mode: vertical">Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)</div>

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

 To: _____

☐ Not Served because: _____

 Date: _____, 20 _____

 _____
 Served By

 _____
 Title

<div style="writing-mode: vertical">CI : 000001 of 000001</div>



Page 1 of 1

*eFiled*



| AOC-E-105 Sum Code: CI Rev. 9-14 | | Case #: **19-CI-000185** 82451-44 |
| Commonwealth of Kentucky Court of Justice  *Courts.ky.gov* | **CIVIL SUMMONS** | Court: **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | | County: **JEFFERSON Circuit** |

NOT ORIGINAL DOCUMENT
02/07/2019 11:41:33 AM

*Plantiff,* **HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL**, *Defendant*

TO:  **C T CORPORATION SYSTEM**
   **306 W. MAIN ST**
   **SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is REYNOLDS CONSUMER PRODUCTS, LLC

The Commonwealth of Kentucky to Defendant:
**REYNOLDS CONSUMER PRODUCTS, LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                    *David L. Nicholson*
                                    Jefferson Circuit Clerk
                                    Date: **1/10/2019**

*Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)*

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

                         Served By _____

                         Title _____

Summons ID: @00000894597
CIRCUIT: 19-CI-000185 Certified Mail
HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL



Page 1 of 1



| AOC-E-105      Sum Code: CI | | Case #: **19-CI-000185** |
| Rev. 9-14 | | 82451-44 |



AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1

**NOT ORIGINAL DOCUMENT**
02/07/2019 11:44:14 AM

Case #: **19-CI-000185**
82451-44
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

# CIVIL SUMMONS

*Plantiff,* **HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL,** *Defendant*

TO:  **C T CORPORATION SYSTEM**
  **306 W. MAIN ST**
  **SUITE 512**
  **FRANKFORT, KY 40601**

Memo: Related party is REYNOLDS CONSUMER PRODUCTS, LLC

The Commonwealth of Kentucky to Defendant:
**REYNOLDS CONSUMER PRODUCTS, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **1/10/2019**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20_____

  _____
  Served By

  _____
  Title

CI : 000001 of 000001

Summons ID: @00000894600
CIRCUIT: 19-CI-000185 Certified Mail
HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL



Page 1 of 1

# eFiled

| AOC-E-105<br>Rev. 9-14      Sum Code: CI |  | NOT ORIGINAL DOCUMENT<br>02/07/2019 11:40:36 AM<br>Case #: **19-CI-000185**<br>82451-44 |
|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov* | | Court:  **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County: **JEFFERSON Circuit** |

*Plaintiff,* **HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL**, *Defendant*

TO:  **C T CORPORATION SYSTEM**
   **306 W MAIN ST**
   **SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is REYNOLDS MANUFACTURING, INC.

The Commonwealth of Kentucky to Defendant:
**REYNOLDS MANUFACTURING, INC.**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                          *Davis L. Nicholson*

                          Jefferson Circuit Clerk
                          Date: **1/10/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

                          _____
                                  Served By

                          _____
                                    Title

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

Summons ID: @00000894596
CIRCUIT: 19-CI-000185 Certified Mail
HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL



eFiled

CI : 000001 of 000001

| AOC-E-105   Sum Code: CI | | Case #: **19-CI-000185** |
| Rev. 9-14 | | |
| | | Court: **CIRCUIT** |
| Commonwealth of Kentucky |  | |
| Court of Justice    *Courts.ky.gov* | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

NOT ORIGINAL DOCUMENT
02/07/2019 11:40:20 AM
82451-44

*Plantiff,* **HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL,** *Defendant*

TO: **C T CORPORATION SYSTEM**

  **306 W MAIN ST**

  **SUITE 512**

  **FRANKFORT, KY 40601**

Memo: Related party is S SERVICE, LLC

The Commonwealth of Kentucky to Defendant:
**S SERVICE, LLC**

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

  *David L. Nicholson*

  Jefferson Circuit Clerk
  Date: **1/10/2019**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20_____

  _____
  Served By

  _____
  Title

Summons ID: @00000894595
CIRCUIT: 19-CI-000185 Certified Mail
HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL



Page 1 of 1

**eFiled**

*Presiding Judge: HON. ANGELA MCCORMICK, BISIG (630326)*

*CI : 000001 of 000001*

Filed          19-CI-000185   01/10/2019          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                                              02/07/2019 11:44:33 AM
                                                                                              82451-44

CASE NO. _____                         COMMONWEALTH OF KENTUCKY
                                                  JEFFERSON CIRCUIT COURT

KEITH HAZELWOOD          ***ELECTRONICALLY FILED***              PLAINTIFF

v.

S SERVICE, LLC, *ET AL.*                                        DEFENDANTS

### PLAINTIFF KEITH HAZELWOOD'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO S SERVICE, LLC

Comes now the Plaintiff, Keith Hazelwood, by and through counsel, and pursuant to CR 33, 34 and 36 of the Kentucky Rules of Civil Procedure, hereby propounds the following First Set of Interrogatories and Request for Production of Documents upon the Defendant, S Service, LLC.

These discovery requests are to be used for all purposes permitted by the Kentucky Rules of Civil Procedure and are to be answered under oath, with any and all documents to be produced for inspection at the office of Morgan & Morgan Kentucky, PLLC, 420 West Liberty Street, Suite 260, Louisville, Kentucky 40202, within forty-five (45) days of service hereof. These discovery requests shall be deemed continuing, and supplemental answers and production shall be required of you pursuant to CR 26.05 if you or your counsel directly or indirectly obtain further information of the nature sought herein after the time the answers are served and the documents are produced.

### DEFINITIONS

1.      As used herein, "document" means anything on or which any information is fixed and can be perceived, reproduced or otherwise communicated, with or without the aid of any machine or device, and regardless of the medium of expression in which the information is fixed (e.g., print, video, audio or other medium of expression).

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000001 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:33 AM
82451-44

2.      As used herein, "you," or "your" means S Service, LLC, its employees, agents, and affiliates if applicable; and, unless the individual request indicates otherwise, their attorneys.

3.      As used herein, "produce" means to mail copies of all requested documents to Plaintiff counsel of record herein and to make the original of such documents available for inspection.

4.      As used herein, the term "Premises" shall refer to the property located at 3041 Wilson Avenue Louisville, Kentucky 40211, unless a more specific description is provided.

5.      As used herein, the word "incident" shall mean the incident which occurred on May 28, 2018, and which is the subject of this action that is described more particularly in Plaintiff's Complaint.

6.      As used herein, the term "common area" shall mean any location upon the premises not exclusively under the control of a tenant or tenants.

## INSTRUCTIONS

1.      These Interrogatories and Requests for Production of Documents shall be deemed continuing and supplemental answers and production shall be required of you if you or your counsel directly or indirectly obtain further information of the nature sought herein after the time the responses are served and the documents are produced.

2.      In complying with requests, you should produce each document in its original form without any mark, alteration, or additional writing as the documents appear as maintained in the ordinary course of the business, except for Bates stamping, which may be placed on the bottom of each page. All documents should be produced in the same order in which they are kept in the ordinary course of business.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000002 of 000011

Filed          19-CI-000185    01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:33 AM
82451-44

3.    If any document covered by these requests is withheld in whole or in part, please provide a privilege log specifying, at a minimum, the date of the document, the author(s), the recipient(s), the type of document (letter, memo, e-mail, etc.), a description of the contents of the document, the claim of privilege or protection upon which it is withheld, and your complete factual basis for that claim.

4.    In the event any document is redacted, altered or modified, in whole or in part, please ensure that the fact of redaction is plainly stated at the place where it is made, and please provide a privilege log as described above with respect to the redacted material. The failure to provide the privilege log, or to plainly reflect any redaction, will be claimed as a waiver of any assertion of any claimed privilege or protection from discovery.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:** Please state the full name, address, occupation and employer of each person who answered these Interrogatories and/or searched for and/or gathered documents in responding to the attached Requests for Production of Documents, and each person who has provided information used in compiling such answers and responses.

**ANSWER:**

**INTERROGATORY NO. 2:** Please describe your relationship to the other Defendants named in the Complaint.

**ANSWER:**

**INTERROGATORY NO. 3:**   Please state the load number and trailer number for the trailer Plaintiff was unloading at the time of his injury on May 28, 2018.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

IRPD : 000003 of 000011

Filed        19-CI-000185    01/10/2019        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:33 AM
82451-44

**INTERROGATORY NO. 4:**  Please state each individual and entity that had control and/or ownership of the premises on the date of the incident and the specific time frames and/or dates of control and/or ownership.

**ANSWER:**

**INTERROGATORY NO. 5:**  Please state the name, date of birth, address, phone number and employer name of each individual who loaded the trailer referenced in Interrogatory No. 3.

**ANSWER:**

**INTERROGATORY NO. 6:** Do you contend that the date, time and place of the alleged incident are incorrectly stated in the Complaint?  If so, please state the date, time and place of this alleged incident believed or known by you, your agents or attorneys to be correct.

**ANSWER:**

**INTERROGATORY NO. 7:** Please state whether any report was prepared by your employees in response to the incident giving rise to this action, and if there was one, please list the name, address and occupation of the current custodian of said report and the name, address, and occupation of each person who participated in preparing that report.

**ANSWER:**

**INTERROGATORY NO. 8:** Please list the name, last known address, and employer of each and every person believed by you to be present at the Premises on the date of the incident as alleged in the Complaint.

**ANSWER:**

**INTERROGATORY NO. 9:**  State the full name, address, occupation and employer of any and all persons who have investigated this incident for or on behalf of you, your attorneys, agents, insurance carrier, etc.

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

IRPD : 000004 of 000011

Filed        19-CI-000185   01/10/2019        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:33 AM
82451-44

**ANSWER:**

**INTERROGATORY NO. 10:**   State the name, address, telephone number, and place of employment of each person known by you or your counsel who may have any knowledge of the facts of this matter, without regard to whether you intend to call any such person as a witness at trial. In your answer, specifically identify any and all persons who may be witnesses to any of the issues involved in this matter, including without limitation the following:

a)    Any and all persons who have any knowledge of relevant facts about the loading of the trailer described in the Complaint – including but not limited to:

    i)  the identity of the person(s) who loaded the trailer,

    ii)  the methods used in securing the trailer's cargo,

    iii) the location where the trailer was last loaded prior to Plaintiff's injury,

    iv)  the contents of the trailer, and

    v)  Any steps taken to warn the Plaintiff of the trailer's unsecure cargo.

b)    Any and all persons who may be witnesses or have knowledge concerning the injuries or physical condition of the Plaintiff following this incident, including all persons known by you to be working at the Premises on the date of incident.

c)    Any and all persons having knowledge of the policies and procedures of the Defendant as of the date of the incident alleged in the Complaint concerning the safe inspection, monitoring, cleaning and maintenance of the Premises.

**ANSWER:**

**INTERROGATORY NO. 11:**   State the full name, address, occupation and employer of all persons contacted by any investigators in their investigation of this incident.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000005 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:33 AM
82451-44

**INTERROGATORY NO. 12:**  If you contend that any person or entity (other than the answering Defendant) contributed to the causation of or to be legally responsible for the injuries or damages of the Plaintiff in issue in this action, with respect to each such person or entity, state with specificity:

    a)  The identification of the person or entity, including the name, mailing address, e-mail address and telephone number of the person or entity (for each entity, please also state such entities place of incorporation and principal place of business).

    b)  A recitation of all facts upon which the allegation of causation is based.

    c)  The identification of documents or other things which the answering Defendant claims support its allegation of causation.

    d)  The name, mailing address, e-mail address and phone number of all persons known or believed to have knowledge of facts relating to the allegation of causation.

**ANSWER:**

**INTERROGATORY NO. 13:**  Identify each policy of insurance, whether primary, secondary, excess, umbrella, or other, which policy may insure the Defendant against the damages alleged in Plaintiff's Complaint:

    a)  The name and address of each such insurer.

    b)  The name and address of each named insured on each policy.

    c)  The identifying number of each policy.

    d)  The limits of coverage of each such policy.

    e)  The name and address of any person or corporation who is or may be an "additional insured" and any named Defendant(s) in this cause.

    f)  Whether or not any insurer has notified any insured that said insurer or any other person, firm, or corporation must pay part of or all of any judgment before the insurer must make

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000006 of 000011

Filed          19-CI-000185   01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:33 AM
82451-44

any payments; if so, what payment must be made and by whom before the insurer must make payment.

g)   Whether any insurer has notified the insured that said insurer claims that there is or may be no coverage under the terms of the policy of insurance involved.

h)   If the answer to subparagraph (g) is in the affirmative, describe the reason given for the claimed lack of coverage or failure thereof as stated by said insurer (identifying same) to said insured (identifying same), and state the date of such notice.   [Note: If such policy defense is withdrawn or waived, this subparagraph need not be answered.]; and

i)   The exact name and address of the resident agent of each insurance company.

**ANSWER**:

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**   All documents, the identity of which is requested in answer to the preceding Interrogatories (excepting those produced in response to the specific requests for production of documents below – which should be organized upon your production as in response to the specific request below).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:**   All reports of accident or injury involving the incident alleged in the Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:**   Produce any and all digital images, recordings, photographs, videotapes, and/or movies that are in your possession, custody, or control and/or that have been taken by you, or anyone acting on your behalf, including attorneys, agents, employees,

Presiding Judge: HON. ANGELA McCORMICK. BISIG (630326)

IRPD : 000007 of 000011

Filed          19-CI-000185    01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:33 AM
82451-44

and/or representatives of the Defendants, of: (A) the Plaintiff, (B) the place of the incident, and (C)

the area surrounding the site of the incident as described in the preceding interrogatories.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:** Copies of each policy of insurance which policy does

and/or may insure the Defendant against the damages alleged in Plaintiff's Complaint, including the

declarations page of each policy and <u>all</u> terms, conditions, coverages and exclusions of the policy of

insurance.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:** Please produce any and all statements, written or

verbal, recorded interviews, letters, written opinions, or reports of any kind that the Defendant, or

anyone acting on behalf of the Defendant, obtained from any witness. Such production should also

include:

        a.      The name and address of the person who took the statement;

        b.      How such statement was recorded;

        c.      The day it was obtained; and

        d.      If the statement was signed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:** Please produce any and all statements, written or

verbal, recorded interviews, letters, written opinions, or reports of any kind, that the Defendant has

given in regard to this incident. Such production should also include:

        a.      The name and address of the person who took the statement;

        b.      How such statement was recorded;

        c.      The day it was obtained; and

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000008 of 000011

Filed          19-CI-000185    01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:33 AM
82451-44

d.    If the statement was signed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:**  Please provide a copy of any and all incident reports compiled by or for the Defendant or any representative of it relating to the incident that is the subject matter of this litigation.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:**  Please produce a copy of any and all drawings, maps, photographs, videotapes, or sketches of the scene or site of the incident alleged in the Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:**  Please produce all documents distributed by trade associations or government agencies regarding the proper way to secure cargo in a tractor trailer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:**  Please produce all reports in any way related to the incident, including all documents (such as purchase orders, packing lists, bills of sale, bills of lading, work orders, logs, and other documents kept in the ordinary course of business) related to the trailer's cargo on the date of incident, including the identities of those last known to have possession or control of the trailer prior to the Plaintiff's injuries.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:**  Please produce a copy of each document signed by the Plaintiff on the date of the incident.

**RESPONSE:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000009 of 000011

Filed          19-CI-000185   01/10/2019          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                                          02/07/2019 11:44:33 AM
                                                                                          82451-44

**REQUEST FOR PRODUCTION NO. 12:** Please produce all written contracts and agreements

and documents evidencing oral contracts and agreements entered into between you and other parties

to this litigation in relation to the trailer described in the Complaint.

**RESPONSE:**


                                        Respectfully Submitted,


                                         */s/ Brenton D. Stanley*
                                        Brenton D. Stanley, Esq.
                                        MORGAN & MORGAN KENTUCKY, PLLC
                                        420 W. Liberty Street, Suite 260
                                        Louisville, Kentucky 40202
                                        Office: (502) 912-5906
                                        Fax:    (502) 912-6452
                                        bstanley@forthepeople.com
                                        *Counsel for Plaintiff*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000010 of 000011

Filed          19-CI-000185     01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:33 AM
82451-44

## CERTIFICATE OF SERVICE

It is hereby certified that on January 10, 2019, a true copy of the foregoing was distributed to

the Defendants for service, along with the Complaint, as set forth below:

1. S SERVICE, LLC A/K/A SUPER SERVICE, LLC
   6000 CLAY AVENUE S.W.
   GRAND RAPIDS, MI 49548-5785

2. REYNOLDS MANUFACTURING, INC.
   1900 W. FIELD COURT
   LAKE FOREST, IL 60045

3. REYNOLDS CONSUMER PRODUCTS, LLC A/K/A
   REYNOLDS CONSUMER PRODUCTS, INC.
   A/K/A REYNOLDS FOIL, INC.
   1900 WEST FIELD COURT
   LAKE FOREST, IL 60045

4. PACTIV, LLC A/K/A PACTIV CORPORATION
   1900 WEST FIELD COURT
   LAKE FOREST, IL 60045

5. WHITTENBERG PROPERTIES, LLC
   425 TWINBROOK ROAD
   LOUISVILLE, KY 40207


                           /s/ Brenton D. Stanley
                          Brenton D. Stanley, Esq.
                          *Counsel for Plaintiff Anthony Bradley*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000011 of 000011

Filed          19-CI-000185    01/10/2019          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
                                                                                    02/07/2019 11:44:59 AM
                                                                                    82451-44

CASE NO. _____                              COMMONWEALTH OF KENTUCKY
                                                      JEFFERSON CIRCUIT COURT

*ELECTRONICALLY FILED*

KEITH HAZELWOOD                                                          PLAINTIFF

*v.*

S SERVICE, LLC, *ET AL.*                                                DEFENDANTS

## PLAINTIFF KEITH HAZELWOOD'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO REYNOLDS CONSUMER PRODUCTS, LLC

Comes now the Plaintiff, Keith Hazelwood, by and through counsel, and pursuant to CR 33, 34 and 36 of the Kentucky Rules of Civil Procedure, hereby propounds the following First Set of Interrogatories and Request for Production of Documents upon the Defendant, Reynolds Consumer Products, LLC.

These discovery requests are to be used for all purposes permitted by the Kentucky Rules of Civil Procedure and are to be answered under oath, with any and all documents to be produced for inspection at the office of Morgan & Morgan Kentucky, PLLC, 420 West Liberty Street, Suite 260, Louisville, Kentucky 40202, within forty-five (45) days of service hereof. These discovery requests shall be deemed continuing, and supplemental answers and production shall be required of you pursuant to CR 26.05 if you or your counsel directly or indirectly obtain further information of the nature sought herein after the time the answers are served and the documents are produced.

## DEFINITIONS

1.       As used herein, "document" means anything on or which any information is fixed and can be perceived, reproduced or otherwise communicated, with or without the aid of any machine or device, and regardless of the medium of expression in which the information is fixed (e.g., print, video, audio or other medium of expression).

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000001 of 000011

Filed        19-CI-000185    01/10/2019        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:59 AM
82451-44

2.     As used herein, "you," or "your" means Reynolds Consumer Products, LLC, Inc., its employees, agents, and affiliates if applicable; and, unless the individual request indicates otherwise, their attorneys.

3.     As used herein, "produce" means to mail copies of all requested documents to Plaintiff counsel of record herein and to make the original of such documents available for inspection.

4.     As used herein, the term "Premises" shall refer to the property located at 3041 Wilson Avenue Louisville, Kentucky 40211, unless a more specific description is provided.

5.     As used herein, the word "incident" shall mean the incident which occurred on May 28, 2018, and which is the subject of this action that is described more particularly in Plaintiff's Complaint.

6.     As used herein, the term "common area" shall mean any location upon the premises not exclusively under the control of a tenant or tenants.

## INSTRUCTIONS

1.     These Interrogatories and Requests for Production of Documents shall be deemed continuing and supplemental answers and production shall be required of you if you or your counsel directly or indirectly obtain further information of the nature sought herein after the time the responses are served and the documents are produced.

2.     In complying with requests, you should produce each document in its original form without any mark, alteration, or additional writing as the documents appear as maintained in the ordinary course of the business, except for Bates stamping, which may be placed on the bottom of each page.  All documents should be produced in the same order in which they are kept in the ordinary course of business.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000002 of 000011

Filed          19-CI-000185    01/10/2019         David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
02/07/2019 11:44:59 AM
82451-44

3.      If any document covered by these requests is withheld in whole or in part, please provide a privilege log specifying, at a minimum, the date of the document, the author(s), the recipient(s), the type of document (letter, memo, e-mail, etc.), a description of the contents of the document, the claim of privilege or protection upon which it is withheld, and your complete factual basis for that claim.

4.      In the event any document is redacted, altered or modified, in whole or in part, please ensure that the fact of redaction is plainly stated at the place where it is made, and please provide a privilege log as described above with respect to the redacted material. The failure to provide the privilege log, or to plainly reflect any redaction, will be claimed as a waiver of any assertion of any claimed privilege or protection from discovery.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:** Please state the full name, address, occupation and employer of each person who answered these Interrogatories and/or searched for and/or gathered documents in responding to the attached Requests for Production of Documents, and each person who has provided information used in compiling such answers and responses.

**ANSWER:**

**INTERROGATORY NO. 2:** Please describe your relationship to the other Defendants named in the Complaint.

**ANSWER:**

**INTERROGATORY NO. 3:**  Please state the load number and trailer number for the trailer Plaintiff was unloading at the time of his injury on May 28, 2018.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000003 of 000011

Filed          19-CI-000185    01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:59 AM
82451-44

**INTERROGATORY NO. 4:**   Please state each individual and entity that had control and/or ownership of the premises on the date of the incident and the specific time frames and/or dates of control and/or ownership.

**ANSWER:**

**INTERROGATORY NO. 5:**   Please state the name, date of birth, address, phone number and employer name of each individual who loaded the trailer referenced in Interrogatory No. 3.

**ANSWER:**

**INTERROGATORY NO. 6:** Do you contend that the date, time and place of the alleged incident are incorrectly stated in the Complaint?  If so, please state the date, time and place of this alleged incident believed or known by you, your agents or attorneys to be correct.

**ANSWER:**

**INTERROGATORY NO. 7:** Please state whether any report was prepared by your employees in response to the incident giving rise to this action, and if there was one, please list the name, address and occupation of the current custodian of said report and the name, address, and occupation of each person who participated in preparing that report.

**ANSWER:**

**INTERROGATORY NO. 8:** Please list the name, last known address, and employer of each and every person believed by you to be present at the Premises on the date of the incident as alleged in the Complaint.

**ANSWER:**

**INTERROGATORY NO. 9:**   State the full name, address, occupation and employer of any and all persons who have investigated this incident for or on behalf of you, your attorneys, agents, insurance carrier, etc.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000004 of 000011

Filed        19-CI-000185   01/10/2019        David L. Nicholson, Jefferson Circuit Clerk     NOT ORIGINAL DOCUMENT
02/07/2019 11:44:59 AM
82451-44

**ANSWER:**

**INTERROGATORY NO. 10:**   State the name, address, telephone number, and place of employment of each person known by you or your counsel who may have any knowledge of the facts of this matter, without regard to whether you intend to call any such person as a witness at trial. In your answer, specifically identify any and all persons who may be witnesses to any of the issues involved in this matter, including without limitation the following:

  a)   Any and all persons who have any knowledge of relevant facts about the loading of the trailer described in the Complaint – including but not limited to:

   i)  the identity of the person(s) who loaded the trailer,

   ii)  the methods used in securing the trailer's cargo,

   iii) the location where the trailer was last loaded prior to Plaintiff's injury,

   iv)  the contents of the trailer, and

   v)  Any steps taken to warn the Plaintiff of the trailer's unsecure cargo.

  b)   Any and all persons who may be witnesses or have knowledge concerning the injuries or physical condition of the Plaintiff following this incident, including all persons known by you to be working at the Premises on the date of incident.

  c)   Any and all persons having knowledge of the policies and procedures of the Defendant as of the date of the incident alleged in the Complaint concerning the safe inspection, monitoring, cleaning and maintenance of the Premises.

**ANSWER:**

**INTERROGATORY NO. 11:**   State the full name, address, occupation and employer of all persons contacted by any investigators in their investigation of this incident.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000005 of 000011

Filed          19-CI-000185   01/10/2019        David L. Nicholson, Jefferson Circuit Clerk NOT ORIGINAL DOCUMENT
02/07/2019 11:44:59 AM
82451-44

**INTERROGATORY NO. 12:**  If you contend that any person or entity (other than the answering Defendant) contributed to the causation of or to be legally responsible for the injuries or damages of the Plaintiff in issue in this action, with respect to each such person or entity, state with specificity:

    a)  The identification of the person or entity, including the name, mailing address, e-mail address and telephone number of the person or entity (for each entity, please also state such entities place of incorporation and principal place of business).

    b)  A recitation of all facts upon which the allegation of causation is based.

    c)  The identification of documents or other things which the answering Defendant claims support its allegation of causation.

    d)  The name, mailing address, e-mail address and phone number of all persons known or believed to have knowledge of facts relating to the allegation of causation.

**ANSWER**:

**INTERROGATORY NO. 13:**  Identify each policy of insurance, whether primary, secondary, excess, umbrella, or other, which policy may insure the Defendant against the damages alleged in Plaintiff's Complaint:

    a)  The name and address of each such insurer.

    b)  The name and address of each named insured on each policy.

    c)  The identifying number of each policy.

    d)  The limits of coverage of each such policy.

    e)  The name and address of any person or corporation who is or may be an "additional insured" and any named Defendant(s) in this cause.

    f)  Whether or not any insurer has notified any insured that said insurer or any other person, firm, or corporation must pay part of or all of any judgment before the insurer must make

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

IRPD : 000006 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:59 AM
82451-44

any payments; if so, what payment must be made and by whom before the insurer must make payment.

g)   Whether any insurer has notified the insured that said insurer claims that there is or may be no coverage under the terms of the policy of insurance involved.

h)   If the answer to subparagraph (g) is in the affirmative, describe the reason given for the claimed lack of coverage or failure thereof as stated by said insurer (identifying same) to said insured (identifying same), and state the date of such notice.   [Note: If such policy defense is withdrawn or waived, this subparagraph need not be answered.]; and

i)   The exact name and address of the resident agent of each insurance company.

**ANSWER**:


**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**   All documents, the identity of which is requested in answer to the preceding Interrogatories (excepting those produced in response to the specific requests for production of documents below – which should be organized upon your production as in response to the specific request below).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:**   All reports of accident or injury involving the incident alleged in the Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:**   Produce any and all digital images, recordings, photographs, videotapes, and/or movies that are in your possession, custody, or control and/or that have been taken by you, or anyone acting on your behalf, including attorneys, agents, employees,

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000007 of 000011

Filed          19-CI-000185     01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:59 AM
82451-44

and/or representatives of the Defendants, of: (A) the Plaintiff, (B) the place of the incident, and (C)

the area surrounding the site of the incident as described in the preceding interrogatories.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:**  Copies of each policy of insurance which policy does

and/or may insure the Defendant against the damages alleged in Plaintiff's Complaint, including the

declarations page of each policy and <u>all</u> terms, conditions, coverages and exclusions of the policy of

insurance.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:**  Please produce any and all statements, written or

verbal, recorded interviews, letters, written opinions, or reports of any kind that the Defendant, or

anyone acting on behalf of the Defendant, obtained from any witness.  Such production should also

include:

      a.    The name and address of the person who took the statement;

      b.    How such statement was recorded;

      c.    The day it was obtained; and

      d.    If the statement was signed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:**  Please produce any and all statements, written or

verbal, recorded interviews, letters, written opinions, or reports of any kind, that the Defendant has

given in regard to this incident.  Such production should also include:

      a.    The name and address of the person who took the statement;

      b.    How such statement was recorded;

      c.    The day it was obtained; and

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000008 of 000011

Filed          19-CI-000185      01/10/2019      David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
02/07/2019 11:44:59 AM
82451-44

d.      If the statement was signed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:**  Please provide a copy of any and all incident reports compiled by or for the Defendant or any representative of it relating to the incident that is the subject matter of this litigation.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:**  Please produce a copy of any and all drawings, maps, photographs, videotapes, or sketches of the scene or site of the incident alleged in the Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:**  Please produce all documents distributed by trade associations or government agencies regarding the proper way to secure cargo in a tractor trailer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:**  Please produce all reports in any way related to the incident, including all documents (such as purchase orders, packing lists, bills of sale, bills of lading, work orders, logs, and other documents kept in the ordinary course of business) related to the trailer's cargo on the date of incident, including the identities of those last known to have possession or control of the trailer prior to the Plaintiff's injuries.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:**  Please produce a copy of each document signed by the Plaintiff on the date of the incident.

**RESPONSE:**

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

IRPD : 000009 of 000011

Filed          19-CI-000185   01/10/2019          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
02/07/2019 11:44:59 AM
82451-44

**REQUEST FOR PRODUCTION NO. 12:**  Please produce all written contracts and agreements and documents evidencing oral contracts and agreements entered into between you and other parties to this litigation in relation to the trailer described in the Complaint.

**RESPONSE:**

Respectfully Submitted,


 /s/ Brenton D. Stanley
Brenton D. Stanley, Esq.
MORGAN & MORGAN KENTUCKY, PLLC
420 W. Liberty Street, Suite 260
Louisville, Kentucky 40202
Office: (502) 912-5906
Fax:    (502) 912-6452
bstanley@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000010 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 11:44:59 AM
82451-44

## CERTIFICATE OF SERVICE

It is hereby certified that on January 10, 2019, a true copy of the foregoing was distributed to

the Defendants for service, along with the Complaint, as set forth below:

1. S SERVICE, LLC A/K/A SUPER SERVICE, LLC
   6000 CLAY AVENUE S.W.
   GRAND RAPIDS, MI 49548-5785

2. REYNOLDS MANUFACTURING, INC.
   1900 W. FIELD COURT
   LAKE FOREST, IL 60045

3. REYNOLDS CONSUMER PRODUCTS, LLC A/K/A
   REYNOLDS CONSUMER PRODUCTS, INC.
   A/K/A REYNOLDS FOIL, INC.
   1900 WEST FIELD COURT
   LAKE FOREST, IL 60045

4. PACTIV, LLC A/K/A PACTIV CORPORATION
   1900 WEST FIELD COURT
   LAKE FOREST, IL 60045

5. WHITTENBERG PROPERTIES, LLC
   425 TWINBROOK ROAD
   LOUISVILLE, KY 40207

_/s/ Brenton D. Stanley_____
Brenton D. Stanley, Esq.
*Counsel for Plaintiff Anthony Bradley*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000011 of 000011

Filed          19-CI-000185    01/10/2019          David L. Nicholson, Jefferson Circuit Clerk          NOT ORIGINAL DOCUMENT
02/07/2019 02:22:10 PM
82451-44

CASE NO. _____                          COMMONWEALTH OF KENTUCKY
                                                  JEFFERSON CIRCUIT COURT

**ELECTRONICALLY FILED**

KEITH HAZELWOOD                                                    PLAINTIFF

v.

S SERVICE, LLC, *ET AL.*                                          DEFENDANTS

---

### PLAINTIFF KEITH HAZELWOOD'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO REYNOLDS MANUFACTURING, INC.

---

       Comes now the Plaintiff, Keith Hazelwood, by and through counsel, and pursuant to CR 33, 34 and 36 of the Kentucky Rules of Civil Procedure, hereby propounds the following First Set of Interrogatories and Request for Production of Documents upon the Defendant, Reynolds Manufacturing, Inc.

       These discovery requests are to be used for all purposes permitted by the Kentucky Rules of Civil Procedure and are to be answered under oath, with any and all documents to be produced for inspection at the office of Morgan & Morgan Kentucky, PLLC, 420 West Liberty Street, Suite 260, Louisville, Kentucky 40202, within forty-five (45) days of service hereof. These discovery requests shall be deemed continuing, and supplemental answers and production shall be required of you pursuant to CR 26.05 if you or your counsel directly or indirectly obtain further information of the nature sought herein after the time the answers are served and the documents are produced.

### DEFINITIONS

    1.    As used herein, "document" means anything on or which any information is fixed and can be perceived, reproduced or otherwise communicated, with or without the aid of any machine or device, and regardless of the medium of expression in which the information is fixed (e.g., print, video, audio or other medium of expression).

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000001 of 000011

Filed          19-CI-000185   01/10/2019          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
02/07/2019 02:22:10 PM
82451-44

2.     As used herein, "you," or "your" means Reynolds Manufacturing, Inc., its employees, agents, and affiliates if applicable; and, unless the individual request indicates otherwise, their attorneys.

3.     As used herein, "produce" means to mail copies of all requested documents to Plaintiff counsel of record herein and to make the original of such documents available for inspection.

4.     As used herein, the term "Premises" shall refer to the property located at 3041 Wilson Avenue Louisville, Kentucky 40211, unless a more specific description is provided.

5.     As used herein, the word "incident" shall mean the incident which occurred on May 28, 2018, and which is the subject of this action that is described more particularly in Plaintiff's Complaint.

6.     As used herein, the term "common area" shall mean any location upon the premises not exclusively under the control of a tenant or tenants.

## INSTRUCTIONS

1.     These Interrogatories and Requests for Production of Documents shall be deemed continuing and supplemental answers and production shall be required of you if you or your counsel directly or indirectly obtain further information of the nature sought herein after the time the responses are served and the documents are produced.

2.     In complying with requests, you should produce each document in its original form without any mark, alteration, or additional writing as the documents appear as maintained in the ordinary course of the business, except for Bates stamping, which may be placed on the bottom of each page.  All documents should be produced in the same order in which they are kept in the ordinary course of business.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000002 of 000011

Filed        19-CI-000185    01/10/2019        David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
02/07/2019 02:22:10 PM
82451-44

3.      If any document covered by these requests is withheld in whole or in part, please
provide a privilege log specifying, at a minimum, the date of the document, the author(s), the
recipient(s), the type of document (letter, memo, e-mail, etc.), a description of the contents of the
document, the claim of privilege or protection upon which it is withheld, and your complete factual
basis for that claim.

4.      In the event any document is redacted, altered or modified, in whole or in part,
please ensure that the fact of redaction is plainly stated at the place where it is made, and please
provide a privilege log as described above with respect to the redacted material. The failure to
provide the privilege log, or to plainly reflect any redaction, will be claimed as a waiver of any
assertion of any claimed privilege or protection from discovery.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please state the full name, address, occupation and employer of
each person who answered these Interrogatories and/or searched for and/or gathered documents in
responding to the attached Requests for Production of Documents, and each person who has
provided information used in compiling such answers and responses.

**ANSWER:**

**INTERROGATORY NO. 2:** Please describe your relationship to the other Defendants named in
the Complaint.

**ANSWER:**

**INTERROGATORY NO. 3:**   Please state the load number and trailer number for the trailer
Plaintiff was unloading at the time of his injury on May 28, 2018.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000003 of 000011

Filed        19-CI-000185    01/10/2019        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:22:10 PM
82451-44

**INTERROGATORY NO. 4:**  Please state each individual and entity that had control and/or ownership of the premises on the date of the incident and the specific time frames and/or dates of control and/or ownership.

**ANSWER:**

**INTERROGATORY NO. 5:**  Please state the name, date of birth, address, phone number and employer name of each individual who loaded the trailer referenced in Interrogatory No. 3.

**ANSWER:**

**INTERROGATORY NO. 6:**  Do you contend that the date, time and place of the alleged incident are incorrectly stated in the Complaint?  If so, please state the date, time and place of this alleged incident believed or known by you, your agents or attorneys to be correct.

**ANSWER:**

**INTERROGATORY NO. 7:**  Please state whether any report was prepared by your employees in response to the incident giving rise to this action, and if there was one, please list the name, address and occupation of the current custodian of said report and the name, address, and occupation of each person who participated in preparing that report.

**ANSWER:**

**INTERROGATORY NO. 8:**  Please list the name, last known address, and employer of each and every person believed by you to be present at the Premises on the date of the incident as alleged in the Complaint.

**ANSWER:**

**INTERROGATORY NO. 9:**  State the full name, address, occupation and employer of any and all persons who have investigated this incident for or on behalf of you, your attorneys, agents, insurance carrier, etc.

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

IRPD : 000004 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 02:22:10 PM
82451-44

**ANSWER:**

**INTERROGATORY NO. 10:**    State the name, address, telephone number, and place of employment of each person known by you or your counsel who may have any knowledge of the facts of this matter, without regard to whether you intend to call any such person as a witness at trial. In your answer, specifically identify any and all persons who may be witnesses to any of the issues involved in this matter, including without limitation the following:

    a)   Any and all persons who have any knowledge of relevant facts about the loading of the trailer described in the Complaint – including but not limited to:

        i)  the identity of the person(s) who loaded the trailer,

        ii)  the methods used in securing the trailer's cargo,

        iii) the location where the trailer was last loaded prior to Plaintiff's injury,

        iv)  the contents of the trailer, and

        v)  Any steps taken to warn the Plaintiff of the trailer's unsecure cargo.

    b)   Any and all persons who may be witnesses or have knowledge concerning the injuries or physical condition of the Plaintiff following this incident, including all persons known by you to be working at the Premises on the date of incident.

    c)  Any and all persons having knowledge of the policies and procedures of the Defendant as of the date of the incident alleged in the Complaint concerning the safe inspection, monitoring, cleaning and maintenance of the Premises.

**ANSWER:**

**INTERROGATORY NO. 11:**    State the full name, address, occupation and employer of all persons contacted by any investigators in their investigation of this incident.

**ANSWER:**

Filed        19-CI-000185    01/10/2019        David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
02/07/2019 02:22:10 PM
82451-44

**INTERROGATORY NO. 12:**  If you contend that any person or entity (other than the answering

Defendant) contributed to the causation of or to be legally responsible for the injuries or damages of

the Plaintiff in issue in this action, with respect to each such person or entity, state with specificity:

> a)  The identification of the person or entity, including the name, mailing address, e-mail
>
> address and telephone number of the person or entity (for each entity, please also state such
>
> entities place of incorporation and principal place of business).
>
> b)  A recitation of all facts upon which the allegation of causation is based.
>
> c)  The identification of documents or other things which the answering Defendant claims
>
> support its allegation of causation.
>
> d)  The name, mailing address, e-mail address and phone number of all persons known or
>
> believed to have knowledge of facts relating to the allegation of causation.

**ANSWER:**

**INTERROGATORY NO. 13:**  Identify each policy of insurance, whether primary, secondary,

excess, umbrella, or other, which policy may insure the Defendant against the damages alleged in

Plaintiff's Complaint:

> a)  The name and address of each such insurer.
>
> b)  The name and address of each named insured on each policy.
>
> c)  The identifying number of each policy.
>
> d)  The limits of coverage of each such policy.
>
> e)  The name and address of any person or corporation who is or may be an "additional
>
> insured" and any named Defendant(s) in this cause.
>
> f)  Whether or not any insurer has notified any insured that said insurer or any other person,
>
> firm, or corporation must pay part of or all of any judgment before the insurer must make

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000006 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 02:22:10 PM
82451-44

any payments; if so, what payment must be made and by whom before the insurer must make payment.

g)   Whether any insurer has notified the insured that said insurer claims that there is or may be no coverage under the terms of the policy of insurance involved.

h)   If the answer to subparagraph (g) is in the affirmative, describe the reason given for the claimed lack of coverage or failure thereof as stated by said insurer (identifying same) to said insured (identifying same), and state the date of such notice.   [Note: If such policy defense is withdrawn or waived, this subparagraph need not be answered.]; and

i)   The exact name and address of the resident agent of each insurance company.

**ANSWER**:

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**   All documents, the identity of which is requested in answer to the preceding Interrogatories (excepting those produced in response to the specific requests for production of documents below – which should be organized upon your production as in response to the specific request below).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:**   All reports of accident or injury involving the incident alleged in the Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:**   Produce any and all digital images, recordings, photographs, videotapes, and/or movies that are in your possession, custody, or control and/or that have been taken by you, or anyone acting on your behalf, including attorneys, agents, employees,

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000007 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 02:22:10 PM
82451-44

and/or representatives of the Defendants, of: (A) the Plaintiff, (B) the place of the incident, and (C) the area surrounding the site of the incident as described in the preceding interrogatories.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:**   Copies of each policy of insurance which policy does and/or may insure the Defendant against the damages alleged in Plaintiff's Complaint, including the declarations page of each policy and <u>all</u> terms, conditions, coverages and exclusions of the policy of insurance.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:**   Please produce any and all statements, written or verbal, recorded interviews, letters, written opinions, or reports of any kind that the Defendant, or anyone acting on behalf of the Defendant, obtained from any witness.  Such production should also include:

      a.      The name and address of the person who took the statement;

      b.      How such statement was recorded;

      c.      The day it was obtained; and

      d.      If the statement was signed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:**   Please produce any and all statements, written or verbal, recorded interviews, letters, written opinions, or reports of any kind, that the Defendant has given in regard to this incident.  Such production should also include:

      a.      The name and address of the person who took the statement;

      b.      How such statement was recorded;

      c.      The day it was obtained; and

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000008 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 02:22:10 PM
82451-44

       d.     If the statement was signed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:**  Please provide a copy of any and all incident reports compiled by or for the Defendant or any representative of it relating to the incident that is the subject matter of this litigation.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:**  Please produce a copy of any and all drawings, maps, photographs, videotapes, or sketches of the scene or site of the incident alleged in the Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:**  Please produce all documents distributed by trade associations or government agencies regarding the proper way to secure cargo in a tractor trailer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:**  Please produce all reports in any way related to the incident, including all documents (such as purchase orders, packing lists, bills of sale, bills of lading, work orders, logs, and other documents kept in the ordinary course of business) related to the trailer's cargo on the date of incident, including the identities of those last known to have possession or control of the trailer prior to the Plaintiff's injuries.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:**  Please produce a copy of each document signed by the Plaintiff on the date of the incident.

**RESPONSE:**

Filed          19-CI-000185     01/10/2019          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                                    02/07/2019 02:22:10 PM
                                                                                    82451-44

**REQUEST FOR PRODUCTION NO. 12:**  Please produce all written contracts and agreements

and documents evidencing oral contracts and agreements entered into between you and other parties

to this litigation in relation to the trailer described in the Complaint.

**RESPONSE:**

                              Respectfully Submitted,


                               /s/ Brenton D. Stanley
                              Brenton D. Stanley, Esq.
                              MORGAN & MORGAN KENTUCKY, PLLC
                              420 W. Liberty Street, Suite 260
                              Louisville, Kentucky 40202
                              Office: (502) 912-5906
                              Fax:    (502) 912-6452
                              bstanley@forthepeople.com
                              *Counsel for Plaintiff*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000010 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 02:22:10 PM
82451-44

## CERTIFICATE OF SERVICE

It is hereby certified that on January 10, 2019, a true copy of the foregoing was distributed to

the Defendants for service, along with the Complaint, as set forth below:

1.   S SERVICE, LLC A/K/A SUPER SERVICE, LLC
     6000 CLAY AVENUE S.W.
     GRAND RAPIDS, MI 49548-5785

2.   REYNOLDS MANUFACTURING, INC.
     1900 W. FIELD COURT
     LAKE FOREST, IL 60045

3.   REYNOLDS CONSUMER PRODUCTS, LLC A/K/A
     REYNOLDS CONSUMER PRODUCTS, INC.
     A/K/A REYNOLDS FOIL, INC.
     1900 WEST FIELD COURT
     LAKE FOREST, IL 60045

4.   PACTIV, LLC A/K/A PACTIV CORPORATION
     1900 WEST FIELD COURT
     LAKE FOREST, IL 60045

5.   WHITTENBERG PROPERTIES, LLC
     425 TWINBROOK ROAD
     LOUISVILLE, KY 40207

     /s/ Brenton D. Stanley
     Brenton D. Stanley, Esq.
     *Counsel for Plaintiff Anthony Bradley*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000011 of 000011

Filed          19-CI-000185     01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:17:21 PM
82451-44

CASE NO. _____          COMMONWEALTH OF KENTUCKY
                                   JEFFERSON CIRCUIT COURT

*ELECTRONICALLY FILED*

KEITH HAZELWOOD                                           PLAINTIFF

*v.*

S SERVICE, LLC, *ET AL.*                                  DEFENDANTS

## PLAINTIFF KEITH HAZELWOOD'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO WHITTENBERG PROPERTIES, LLC

Comes now the Plaintiff, Keith Hazelwood, by and through counsel, and pursuant to CR 33, 34 and 36 of the Kentucky Rules of Civil Procedure, hereby propounds the following First Set of Interrogatories and Request for Production of Documents upon the Defendant, Whittenberg Properties, LLC.

These discovery requests are to be used for all purposes permitted by the Kentucky Rules of Civil Procedure and are to be answered under oath, with any and all documents to be produced for inspection at the office of Morgan & Morgan Kentucky, PLLC, 420 West Liberty Street, Suite 260, Louisville, Kentucky 40202, within forty-five (45) days of service hereof. These discovery requests shall be deemed continuing, and supplemental answers and production shall be required of you pursuant to CR 26.05 if you or your counsel directly or indirectly obtain further information of the nature sought herein after the time the answers are served and the documents are produced.

## DEFINITIONS

1.    As used herein, "document" means anything on or which any information is fixed and can be perceived, reproduced or otherwise communicated, with or without the aid of any machine or device, and regardless of the medium of expression in which the information is fixed (e.g., print, video, audio or other medium of expression).

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000001 of 000011

Filed          19-CI-000185    01/10/2019          David L. Nicholson, Jeffer NOT ORIGINAL DOCUMENT
                                                                                02/07/2019 02:17:21 PM
                                                                                82451-44

2.      As used herein, "you," or "your" means Whittenberg Properties, LLC, Inc., its employees, agents, and affiliates if applicable; and, unless the individual request indicates otherwise, their attorneys.

3.      As used herein, "produce" means to mail copies of all requested documents to Plaintiff counsel of record herein and to make the original of such documents available for inspection.

4.      As used herein, the term "Premises" shall refer to the property located at 3041 Wilson Avenue Louisville, Kentucky 40211, unless a more specific description is provided.

5.      As used herein, the word "incident" shall mean the incident which occurred on May 28, 2018, and which is the subject of this action that is described more particularly in Plaintiff's Complaint.

6.      As used herein, the term "common area" shall mean any location upon the premises not exclusively under the control of a tenant or tenants.

## INSTRUCTIONS

1.      These Interrogatories and Requests for Production of Documents shall be deemed continuing and supplemental answers and production shall be required of you if you or your counsel directly or indirectly obtain further information of the nature sought herein after the time the responses are served and the documents are produced.

2.      In complying with requests, you should produce each document in its original form without any mark, alteration, or additional writing as the documents appear as maintained in the ordinary course of the business, except for Bates stamping, which may be placed on the bottom of each page. All documents should be produced in the same order in which they are kept in the ordinary course of business.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000002 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 02:17:21 PM
82451-44

3.      If any document covered by these requests is withheld in whole or in part, please provide a privilege log specifying, at a minimum, the date of the document, the author(s), the recipient(s), the type of document (letter, memo, e-mail, etc.), a description of the contents of the document, the claim of privilege or protection upon which it is withheld, and your complete factual basis for that claim.

4.      In the event any document is redacted, altered or modified, in whole or in part, please ensure that the fact of redaction is plainly stated at the place where it is made, and please provide a privilege log as described above with respect to the redacted material. The failure to provide the privilege log, or to plainly reflect any redaction, will be claimed as a waiver of any assertion of any claimed privilege or protection from discovery.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:** Please state the full name, address, occupation and employer of each person who answered these Interrogatories and/or searched for and/or gathered documents in responding to the attached Requests for Production of Documents, and each person who has provided information used in compiling such answers and responses.

**ANSWER:**

**INTERROGATORY NO. 2:** Please describe your relationship to the other Defendants named in the Complaint.

**ANSWER:**

**INTERROGATORY NO. 3:**  Please state the load number and trailer number for the trailer Plaintiff was unloading at the time of his injury on May 28, 2018.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000003 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 02:17:21 PM
82451-44

**INTERROGATORY NO. 4:**   Please state each individual and entity that had control and/or ownership of the premises on the date of the incident and the specific time frames and/or dates of control and/or ownership.

**ANSWER:**

**INTERROGATORY NO. 5:**   Please state the name, date of birth, address, phone number and employer name of each individual who loaded the trailer referenced in Interrogatory No. 3.

**ANSWER:**

**INTERROGATORY NO. 6:** Do you contend that the date, time and place of the alleged incident are incorrectly stated in the Complaint?  If so, please state the date, time and place of this alleged incident believed or known by you, your agents or attorneys to be correct.

**ANSWER:**

**INTERROGATORY NO. 7:** Please state whether any report was prepared by your employees in response to the incident giving rise to this action, and if there was one, please list the name, address and occupation of the current custodian of said report and the name, address, and occupation of each person who participated in preparing that report.

**ANSWER:**

**INTERROGATORY NO. 8:** Please list the name, last known address, and employer of each and every person believed by you to be present at the Premises on the date of the incident as alleged in the Complaint.

**ANSWER:**

**INTERROGATORY NO. 9:**   State the full name, address, occupation and employer of any and all persons who have investigated this incident for or on behalf of you, your attorneys, agents, insurance carrier, etc.

Filed          19-CI-000185     01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:17:21 PM
82451-44

**ANSWER:**

**INTERROGATORY NO. 10:**    State the name, address, telephone number, and place of employment of each person known by you or your counsel who may have any knowledge of the facts of this matter, without regard to whether you intend to call any such person as a witness at trial. In your answer, specifically identify any and all persons who may be witnesses to any of the issues involved in this matter, including without limitation the following:

    a)   Any and all persons who have any knowledge of relevant facts about the loading of the trailer described in the Complaint – including but not limited to:

        i)  the identity of the person(s) who loaded the trailer,

        ii)  the methods used in securing the trailer's cargo,

        iii) the location where the trailer was last loaded prior to Plaintiff's injury,

        iv)  the contents of the trailer, and

        v)  Any steps taken to warn the Plaintiff of the trailer's unsecure cargo.

    b)   Any and all persons who may be witnesses or have knowledge concerning the injuries or physical condition of the Plaintiff following this incident, including all persons known by you to be working at the Premises on the date of incident.

    c)  Any and all persons having knowledge of the policies and procedures of the Defendant as of the date of the incident alleged in the Complaint concerning the safe inspection, monitoring, cleaning and maintenance of the Premises.

**ANSWER:**

**INTERROGATORY NO. 11:**    State the full name, address, occupation and employer of all persons contacted by any investigators in their investigation of this incident.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000005 of 000011

Filed        19-CI-000185    01/10/2019        David L. Nicholson, Jeff NOT ORIGINAL DOCUMENT
                                                                02/07/2019 02:17:21 PM
                                                                82451-44

**INTERROGATORY NO. 12:**  If you contend that any person or entity (other than the answering Defendant) contributed to the causation of or to be legally responsible for the injuries or damages of the Plaintiff in issue in this action, with respect to each such person or entity, state with specificity:

    a)  The identification of the person or entity, including the name, mailing address, e-mail address and telephone number of the person or entity (for each entity, please also state such entities place of incorporation and principal place of business).

    b)  A recitation of all facts upon which the allegation of causation is based.

    c)  The identification of documents or other things which the answering Defendant claims support its allegation of causation.

    d)  The name, mailing address, e-mail address and phone number of all persons known or believed to have knowledge of facts relating to the allegation of causation.

**ANSWER**:

**INTERROGATORY NO. 13:**  Identify each policy of insurance, whether primary, secondary, excess, umbrella, or other, which policy may insure the Defendant against the damages alleged in Plaintiff's Complaint:

    a)  The name and address of each such insurer.

    b)  The name and address of each named insured on each policy.

    c)  The identifying number of each policy.

    d)  The limits of coverage of each such policy.

    e)  The name and address of any person or corporation who is or may be an "additional insured" and any named Defendant(s) in this cause.

    f)  Whether or not any insurer has notified any insured that said insurer or any other person, firm, or corporation must pay part of or all of any judgment before the insurer must make

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000006 of 000011

any payments; if so, what payment must be made and by whom before the insurer must

make payment.

g)  Whether any insurer has notified the insured that said insurer claims that there is or may

be no coverage under the terms of the policy of insurance involved.

h)  If the answer to subparagraph (g) is in the affirmative, describe the reason given for the

claimed lack of coverage or failure thereof as stated by said insurer (identifying same) to

said insured (identifying same), and state the date of such notice.  [Note: If such policy

defense is withdrawn or waived, this subparagraph need not be answered.]; and

i)  The exact name and address of the resident agent of each insurance company.

**ANSWER**:

## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**  All documents, the identity of which is requested in

answer to the preceding Interrogatories (excepting those produced in response to the specific

requests for production of documents below – which should be organized upon your production as

in response to the specific request below).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:**  All reports of accident or injury involving the incident

alleged in the Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:**  Produce any and all digital images, recordings,

photographs, videotapes, and/or movies that are in your possession, custody, or control and/or that

have been taken by you, or anyone acting on your behalf, including attorneys, agents, employees,

NOT ORIGINAL DOCUMENT
02/07/2019 02:17:21 PM
82451-44

and/or representatives of the Defendants, of: (A) the Plaintiff, (B) the place of the incident, and (C)

the area surrounding the site of the incident as described in the preceding interrogatories.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:**  Copies of each policy of insurance which policy does

and/or may insure the Defendant against the damages alleged in Plaintiff's Complaint, including the

declarations page of each policy and <u>all</u> terms, conditions, coverages and exclusions of the policy of

insurance.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:**  Please produce any and all statements, written or

verbal, recorded interviews, letters, written opinions, or reports of any kind that the Defendant, or

anyone acting on behalf of the Defendant, obtained from any witness.  Such production should also

include:

         a.      The name and address of the person who took the statement;

         b.      How such statement was recorded;

         c.      The day it was obtained; and

         d.      If the statement was signed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:**  Please produce any and all statements, written or

verbal, recorded interviews, letters, written opinions, or reports of any kind, that the Defendant has

given in regard to this incident.  Such production should also include:

         a.      The name and address of the person who took the statement;

         b.      How such statement was recorded;

         c.      The day it was obtained; and

     d.    If the statement was signed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:**  Please provide a copy of any and all incident reports

compiled by or for the Defendant or any representative of it relating to the incident that is the

subject matter of this litigation.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:**  Please produce a copy of any and all drawings, maps,

photographs, videotapes, or sketches of the scene or site of the incident alleged in the Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:**  Please produce all documents distributed by trade

associations or government agencies regarding the proper way to secure cargo in a tractor trailer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:**  Please produce all reports in any way related to the

incident, including all documents (such as purchase orders, packing lists, bills of sale, bills of

lading, work orders, logs, and other documents kept in the ordinary course of business) related to

the trailer's cargo on the date of incident, including the identities of those last known to have

possession or control of the trailer prior to the Plaintiff's injuries.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:**  Please produce a copy of each document signed by

the Plaintiff on the date of the incident.

**RESPONSE:**

Filed          19-CI-000185    01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:17:21 PM
82451-44

**REQUEST FOR PRODUCTION NO. 12:**  Please produce all written contracts and agreements

and documents evidencing oral contracts and agreements entered into between you and other parties

to this litigation in relation to the trailer described in the Complaint.

**RESPONSE:**


                              Respectfully Submitted,


                               */s/ Brenton D. Stanley*
                              Brenton D. Stanley, Esq.
                              MORGAN & MORGAN KENTUCKY, PLLC
                              420 W. Liberty Street, Suite 260
                              Louisville, Kentucky 40202
                              Office: (502) 912-5906
                              Fax:    (502) 912-6452
                              bstanley@forthepeople.com
                              *Counsel for Plaintiff*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000010 of 000011

Filed          19-CI-000185    01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:17:21 PM
82451-44

## CERTIFICATE OF SERVICE

It is hereby certified that on January 10, 2019, a true copy of the foregoing was distributed to

the Defendants for service, along with the Complaint, as set forth below:

1. S SERVICE, LLC A/K/A SUPER SERVICE, LLC
   6000 CLAY AVENUE S.W.
   GRAND RAPIDS, MI 49548-5785

2. REYNOLDS MANUFACTURING, INC.
   1900 W. FIELD COURT
   LAKE FOREST, IL 60045

3. REYNOLDS CONSUMER PRODUCTS, LLC A/K/A
   REYNOLDS CONSUMER PRODUCTS, INC.
   A/K/A REYNOLDS FOIL, INC.
   1900 WEST FIELD COURT
   LAKE FOREST, IL 60045

4. PACTIV, LLC  A/K/A PACTIV CORPORATION
   1900 WEST FIELD COURT
   LAKE FOREST, IL 60045

5. WHITTENBERG PROPERTIES, LLC
   425 TWINBROOK ROAD
   LOUISVILLE, KY 40207

_/s/ Brenton D. Stanley_____
Brenton D. Stanley, Esq.
_Counsel for Plaintiff Anthony Bradley_

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000011 of 000011

Filed        19-CI-000185    01/10/2019        David L. Nicholson, Jefferson Circuit Clerk        NOT ORIGINAL DOCUMENT
                                                                                                02/07/2019 02:18:59 PM
                                                                                                82451-44

CASE NO. _____                      COMMONWEALTH OF KENTUCKY
                                               JEFFERSON CIRCUIT COURT

*ELECTRONICALLY FILED*

KEITH HAZELWOOD                                                        PLAINTIFF

*v.*

S SERVICE, LLC, *ET AL.*                                              DEFENDANTS

## PLAINTIFF KEITH HAZELWOOD'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PACTIV, LLC

Comes now the Plaintiff, Keith Hazelwood, by and through counsel, and pursuant to CR 33, 34 and 36 of the Kentucky Rules of Civil Procedure, hereby propounds the following First Set of Interrogatories and Request for Production of Documents upon the Defendant, Pactiv, LLC

These discovery requests are to be used for all purposes permitted by the Kentucky Rules of Civil Procedure and are to be answered under oath, with any and all documents to be produced for inspection at the office of Morgan & Morgan Kentucky, PLLC, 420 West Liberty Street, Suite 260, Louisville, Kentucky 40202, within forty-five (45) days of service hereof. These discovery requests shall be deemed continuing, and supplemental answers and production shall be required of you pursuant to CR 26.05 if you or your counsel directly or indirectly obtain further information of the nature sought herein after the time the answers are served and the documents are produced.

## DEFINITIONS

1.      As used herein, "document" means anything on or which any information is fixed and can be perceived, reproduced or otherwise communicated, with or without the aid of any machine or device, and regardless of the medium of expression in which the information is fixed (e.g., print, video, audio or other medium of expression).

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000001 of 000011

Filed        19-CI-000185    01/10/2019        David L. Nicholson, Jefferson Circuit Clerk        NOT ORIGINAL DOCUMENT
02/07/2019 02:18:59 PM
82451-44

2.      As used herein, "you," or "your" means Pactiv, LLC, Inc., its employees, agents, and affiliates if applicable; and, unless the individual request indicates otherwise, their attorneys.

3.      As used herein, "produce" means to mail copies of all requested documents to Plaintiff counsel of record herein and to make the original of such documents available for inspection.

4.      As used herein, the term "Premises" shall refer to the property located at 3041 Wilson Avenue Louisville, Kentucky 40211, unless a more specific description is provided.

5.      As used herein, the word "incident" shall mean the incident which occurred on May 28, 2018, and which is the subject of this action that is described more particularly in Plaintiff's Complaint.

6.      As used herein, the term "common area" shall mean any location upon the premises not exclusively under the control of a tenant or tenants.

## INSTRUCTIONS

1.      These Interrogatories and Requests for Production of Documents shall be deemed continuing and supplemental answers and production shall be required of you if you or your counsel directly or indirectly obtain further information of the nature sought herein after the time the responses are served and the documents are produced.

2.      In complying with requests, you should produce each document in its original form without any mark, alteration, or additional writing as the documents appear as maintained in the ordinary course of the business, except for Bates stamping, which may be placed on the bottom of each page.  All documents should be produced in the same order in which they are kept in the ordinary course of business.

3.      If any document covered by these requests is withheld in whole or in part, please provide a privilege log specifying, at a minimum, the date of the document, the author(s), the recipient(s), the type of document (letter, memo, e-mail, etc.), a description of the contents of the document, the claim of privilege or protection upon which it is withheld, and your complete factual basis for that claim.

4.      In the event any document is redacted, altered or modified, in whole or in part, please ensure that the fact of redaction is plainly stated at the place where it is made, and please provide a privilege log as described above with respect to the redacted material. The failure to provide the privilege log, or to plainly reflect any redaction, will be claimed as a waiver of any assertion of any claimed privilege or protection from discovery.

## <u>INTERROGATORIES</u>

**<u>INTERROGATORY NO. 1:</u>** Please state the full name, address, occupation and employer of each person who answered these Interrogatories and/or searched for and/or gathered documents in responding to the attached Requests for Production of Documents, and each person who has provided information used in compiling such answers and responses.

**<u>ANSWER:</u>**

**<u>INTERROGATORY NO. 2:</u>** Please describe your relationship to the other Defendants named in the Complaint.

**<u>ANSWER:</u>**

**<u>INTERROGATORY NO. 3:</u>**   Please state the load number and trailer number for the trailer Plaintiff was unloading at the time of his injury on May 28, 2018.

**<u>ANSWER:</u>**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000003 of 000011

NOT ORIGINAL DOCUMENT
02/07/2019 02:18:59 PM
82451-44

**INTERROGATORY NO. 4:**  Please state each individual and entity that had control and/or ownership of the premises on the date of the incident and the specific time frames and/or dates of control and/or ownership.

**ANSWER:**

**INTERROGATORY NO. 5:**  Please state the name, date of birth, address, phone number and employer name of each individual who loaded the trailer referenced in Interrogatory No. 3.

**ANSWER:**

**INTERROGATORY NO. 6:** Do you contend that the date, time and place of the alleged incident are incorrectly stated in the Complaint?  If so, please state the date, time and place of this alleged incident believed or known by you, your agents or attorneys to be correct.

**ANSWER:**

**INTERROGATORY NO. 7:** Please state whether any report was prepared by your employees in response to the incident giving rise to this action, and if there was one, please list the name, address and occupation of the current custodian of said report and the name, address, and occupation of each person who participated in preparing that report.

**ANSWER:**

**INTERROGATORY NO. 8:** Please list the name, last known address, and employer of each and every person believed by you to be present at the Premises on the date of the incident as alleged in the Complaint.

**ANSWER:**

**INTERROGATORY NO. 9:**  State the full name, address, occupation and employer of any and all persons who have investigated this incident for or on behalf of you, your attorneys, agents, insurance carrier, etc.

Filed        19-CI-000185    01/10/2019              David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:18:59 PM
82451-44

**ANSWER:**

**INTERROGATORY NO. 10:**    State the name, address, telephone number, and place of employment of each person known by you or your counsel who may have any knowledge of the facts of this matter, without regard to whether you intend to call any such person as a witness at trial. In your answer, specifically identify any and all persons who may be witnesses to any of the issues involved in this matter, including without limitation the following:

    a)   Any and all persons who have any knowledge of relevant facts about the loading of the trailer described in the Complaint – including but not limited to:

        i)  the identity of the person(s) who loaded the trailer,

        ii)  the methods used in securing the trailer's cargo,

        iii) the location where the trailer was last loaded prior to Plaintiff's injury,

        iv)  the contents of the trailer, and

        v)  Any steps taken to warn the Plaintiff of the trailer's unsecure cargo.

    b)   Any and all persons who may be witnesses or have knowledge concerning the injuries or physical condition of the Plaintiff following this incident, including all persons known by you to be working at the Premises on the date of incident.

    c)  Any and all persons having knowledge of the policies and procedures of the Defendant as of the date of the incident alleged in the Complaint concerning the safe inspection, monitoring, cleaning and maintenance of the Premises.

**ANSWER:**

**INTERROGATORY NO. 11:**    State the full name, address, occupation and employer of all persons contacted by any investigators in their investigation of this incident.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000005 of 000011

Filed          19-CI-000185    01/10/2019          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
                                                                                    02/07/2019 02:18:59 PM
                                                                                    82451-44

**INTERROGATORY NO. 12:**  If you contend that any person or entity (other than the answering Defendant) contributed to the causation of or to be legally responsible for the injuries or damages of the Plaintiff in issue in this action, with respect to each such person or entity, state with specificity:

    a)  The identification of the person or entity, including the name, mailing address, e-mail address and telephone number of the person or entity (for each entity, please also state such entities place of incorporation and principal place of business).

    b)  A recitation of all facts upon which the allegation of causation is based.

    c)  The identification of documents or other things which the answering Defendant claims support its allegation of causation.

    d)  The name, mailing address, e-mail address and phone number of all persons known or believed to have knowledge of facts relating to the allegation of causation.

**ANSWER:**

**INTERROGATORY NO. 13:**  Identify each policy of insurance, whether primary, secondary, excess, umbrella, or other, which policy may insure the Defendant against the damages alleged in Plaintiff's Complaint:

    a)  The name and address of each such insurer.

    b)  The name and address of each named insured on each policy.

    c)  The identifying number of each policy.

    d)  The limits of coverage of each such policy.

    e)  The name and address of any person or corporation who is or may be an "additional insured" and any named Defendant(s) in this cause.

    f)  Whether or not any insurer has notified any insured that said insurer or any other person, firm, or corporation must pay part of or all of any judgment before the insurer must make

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000006 of 000011

Filed          19-CI-000185   01/10/2019          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
02/07/2019 02:18:59 PM
82451-44

any payments; if so, what payment must be made and by whom before the insurer must

make payment.

g)   Whether any insurer has notified the insured that said insurer claims that there is or may

be no coverage under the terms of the policy of insurance involved.

h)   If the answer to subparagraph (g) is in the affirmative, describe the reason given for the

claimed lack of coverage or failure thereof as stated by said insurer (identifying same) to

said insured (identifying same), and state the date of such notice.   [Note: If such policy

defense is withdrawn or waived, this subparagraph need not be answered.]; and

i)   The exact name and address of the resident agent of each insurance company.

**ANSWER**:


## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**   All documents, the identity of which is requested in

answer to the preceding Interrogatories (excepting those produced in response to the specific

requests for production of documents below – which should be organized upon your production as

in response to the specific request below).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:**   All reports of accident or injury involving the incident

alleged in the Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:**   Produce any and all digital images, recordings,

photographs, videotapes, and/or movies that are in your possession, custody, or control and/or that

have been taken by you, or anyone acting on your behalf, including attorneys, agents, employees,

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

IRPD : 000007 of 000011          IRPD : 000007 of 000011

and/or representatives of the Defendants, of: (A) the Plaintiff, (B) the place of the incident, and (C)

the area surrounding the site of the incident as described in the preceding interrogatories.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:**   Copies of each policy of insurance which policy does

and/or may insure the Defendant against the damages alleged in Plaintiff's Complaint, including the

declarations page of each policy and <u>all</u> terms, conditions, coverages and exclusions of the policy of

insurance.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:**   Please produce any and all statements, written or

verbal, recorded interviews, letters, written opinions, or reports of any kind that the Defendant, or

anyone acting on behalf of the Defendant, obtained from any witness.  Such production should also

include:

> a.    The name and address of the person who took the statement;
>
> b.    How such statement was recorded;
>
> c.    The day it was obtained; and
>
> d.    If the statement was signed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:**   Please produce any and all statements, written or

verbal, recorded interviews, letters, written opinions, or reports of any kind, that the Defendant has

given in regard to this incident.  Such production should also include:

> a.    The name and address of the person who took the statement;
>
> b.    How such statement was recorded;
>
> c.    The day it was obtained; and

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000008 of 000011

      d.    If the statement was signed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:**  Please provide a copy of any and all incident reports compiled by or for the Defendant or any representative of it relating to the incident that is the subject matter of this litigation.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:**  Please produce a copy of any and all drawings, maps, photographs, videotapes, or sketches of the scene or site of the incident alleged in the Complaint.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:**  Please produce all documents distributed by trade associations or government agencies regarding the proper way to secure cargo in a tractor trailer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:**  Please produce all reports in any way related to the incident, including all documents (such as purchase orders, packing lists, bills of sale, bills of lading, work orders, logs, and other documents kept in the ordinary course of business) related to the trailer's cargo on the date of incident, including the identities of those last known to have possession or control of the trailer prior to the Plaintiff's injuries.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:**  Please produce a copy of each document signed by the Plaintiff on the date of the incident.

**RESPONSE:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000009 of 000011

Filed          19-CI-000185     01/10/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:18:59 PM
82451-44

**REQUEST FOR PRODUCTION NO. 12:**  Please produce all written contracts and agreements

and documents evidencing oral contracts and agreements entered into between you and other parties

to this litigation in relation to the trailer described in the Complaint.

**RESPONSE:**


                              Respectfully Submitted,


                               */s/ Brenton D. Stanley*
                              Brenton D. Stanley, Esq.
                              MORGAN & MORGAN KENTUCKY, PLLC
                              420 W. Liberty Street, Suite 260
                              Louisville, Kentucky 40202
                              Office: (502) 912-5906
                              Fax:    (502) 912-6452
                              bstanley@forthepeople.com
                              *Counsel for Plaintiff*

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000010 of 000011

Filed       19-CI-000185    01/10/2019        David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
02/07/2019 02:18:59 PM
82451-44

## CERTIFICATE OF SERVICE

It is hereby certified that on January 10, 2019, a true copy of the foregoing was distributed to

the Defendants for service, along with the Complaint, as set forth below:

1.  S SERVICE, LLC A/K/A SUPER SERVICE, LLC
    6000 CLAY AVENUE S.W.
    GRAND RAPIDS, MI 49548-5785

2.  REYNOLDS MANUFACTURING, INC.
    1900 W. FIELD COURT
    LAKE FOREST, IL 60045

3.  REYNOLDS CONSUMER PRODUCTS, LLC A/K/A
    REYNOLDS CONSUMER PRODUCTS, INC.
    A/K/A REYNOLDS FOIL, INC.
    1900 WEST FIELD COURT
    LAKE FOREST, IL 60045

4.  PACTIV, LLC A/K/A PACTIV CORPORATION
    1900 WEST FIELD COURT
    LAKE FOREST, IL 60045

5.  WHITTENBERG PROPERTIES, LLC
    425 TWINBROOK ROAD
    LOUISVILLE, KY 40207


                                /s/ Brenton D. Stanley
                                Brenton D. Stanley, Esq.
                                *Counsel for Plaintiff Anthony Bradley*

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

IRPD : 000011 of 000011



**Commonwealth of Kentucky**

**David L. Nicholson, Jefferson Circuit Clerk**

NOT ORIGINAL DOCUMENT
02/07/2019 02:17:02 PM
82451-44

Case #: **19-CI-000185**          Envelope #: **1405170**

Received From: **BRENTON STANLEY**          Account Of: **BRENTON STANLEY**

Case Title: **HAZELWOOD, KEITH VS. S SERVICE, LLC, ET AL**          Confirmation Number: **86524102**

Filed On: **1/10/2019  12:32:42PM**

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $3.00 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Charges For Services(Jury Demand / 12) | $70.00 |
| 7 | Money Collected For Others(Postage) | $85.74 |
| 8 | Charges For Services(Copy - Photocopy) | $38.40 |
| | **TOTAL:** | $392.14 |

Generated: 1/10/2019

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT

## **ORDER OF REALLOTMENT**

\*\*\*\*\*\*

By Order entered January 10, 2019, Judge Brian Edwards has recused himself from Case No. 18CI5275 *E&B 1, LLC., et al. v. Top Round Royalties, Inc.*

**IT IS HEREBY ORDERED** that Case No. 18CI5275 *E&B 1, LLC., et al. v. Top Round Royalties, Inc.* is re-allotted to Judge Angela McCormick Bisig in Circuit Court Division Ten (10).  Pursuant to the protocol established by the Court Administrator's Office, the Circuit Court Clerk's Office identified the most recently created civil case in the receiving court so that it can be reallotted to the transferring court.

**IT IS THEREFORE ORDERED** that Case No. 19CI0185 *Keith Hazelwood v. S. Service, LLC et al.* is reallotted to Division Eleven (11).

CHIEF JUDGE BRIAN C. EDWARDS
Jefferson Circuit Court

1-10-19

Date

CC:   All Parties in 18CI5275
      All Parties in 19CI0185
      Angela Bilewicz, Circuit Court Administrator

Filed          19-CI-000185     01/28/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:16:27 PM
82451-44

CASE NO. 19-CI-000185

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION TEN (10)

*Electronically Filed*

KEITH HAZELWOOD                                                    PLAINTIFF

V.

**ANSWER**

S SERVICE, LLC, ET AL.                                           DEFENDANTS

*** *** *** *** ***

Comes the Defendant, S Service, LLC, by and through counsel, and for its Answer to the

Plaintiff's Complaint states as follows:

1. The answering Defendant admits the allegations contained in paragraphs 2, 7, 8 and 9 of

   the Plaintiff's Complaint.

2. The answering Defendant is without sufficient information or knowledge to admit or

   deny the allegations contained in paragraphs 1, 3, 4, 5, 6, and 11 of the Plaintiff's

   Complaint and as a result those allegations are denied as they pertain to the answering

   Defendant.

3. The answering Defendant denies the allegations contained in paragraphs 10, 12, 13, 14,

   15, 16, 17, 18, 19, 21, 22, 23, 24, 26, 27, 28, 29, 31, 32, and 33 of the Plaintiff's

   Complaint as they might pertain to the answering Defendant. The answering Defendant is

   without sufficient information or knowledge to respond to the allegations in those same

   numbered paragraphs as they might pertain to the other Defendants in this matter, and as

   a result, those allegations are denied by this answering Defendant.

ANS : 000001 of 000004

Filed          19-CI-000185    01/28/2019        David L. Nicholson, Jefferson Circuit Clerk     NOT ORIGINAL DOCUMENT
02/07/2019 02:16:27 PM
82451-44

4.  In response to paragraphs 20, 25, and 30, the answering Defendant reincorporates, readopts and reaffirms all admissions, denials or responses and affirmative defenses set forth in this Answer.

5.  All allegations contained in the Plaintiff's Complaint not specifically admitted in this Answer are hereby denied as they pertain to the answering Defendant.

6.  Pleading in the affirmative, the Defendant states that Plaintiff's Complaint fails to state a claim for which relief may be granted.

7.  Pleading in the affirmative, and to the extent applicable, the Defendant states that the reasonable and necessary medical treatment related to the accident, if any, does not meet the threshold necessary to maintain a tort action under the Kentucky Motor Vehicle Reparations Act, KRS 304.39-010 et seq., the provisions of which are incorporated by reference as an additional defense to all or part of the claims.

8.  Pleading in the affirmative, and to the extent applicable, the Defendants state that the Plaintiff's claims are barred to the extent that any claimed element of damage has been or is payable under the Kentucky Motor Vehicle Reparations Act, KRS 304.39-010 et seq., the provisions of which are incorporated by reference as an additional defense to all or part of the claims.

9.  Pleading in the affirmative, the Defendant specifically pleads that the injuries alleged to have been sustained by the Plaintiff, if any, were the direct and proximate cause of his contributory negligence and/or comparative fault and/or the comparative fault of other defendants and/or others not presently joined in this lawsuit.

ANS : 000002 of 000004

Filed          19-CI-000185    01/28/2019        David L. Nicholson, Jefferson Circuit Clerk

Filed        19-CI-000185    01/28/2019        David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
02/07/2019 02:16:27 PM
82451-44

10. Pleading in the affirmative, the Defendant specifically pleads that the injuries alleged sustained by Plaintiff which are the subject of this lawsuit were not the result of the accident in this case.

11. Pleading in the affirmative, the Defendant states that the Plaintiff has failed to mitigate his damages.

12. Pleading in the affirmative, the Defendant states that the Plaintiff was not the real party in interest of any part of a claimed element of damage which has been or is payable under a provision of a health insurance plan, short term or long term disability plan, or comparable government program, or in the alternative, that any judgment should be reduced to reflect such third party payments so as to prevent an impermissible double recovery to the Plaintiff.

13. In accordance with CR 8 and CR 12 Defendant pleads that all or part of the Plaintiff's claims may be barred by the affirmative defenses of payment, statute of limitations, and failure to join an indispensable party, namely the payor of health insurance benefits, wage loss benefits, or disability benefits that the Plaintiff may have received following the accident. The Defendant also pleads as affirmative defenses any and all other affirmative defenses outlined in CR 8, and Defendant reserves the right to supplement this pleading in the event that pre-trial discovery establishes that the foregoing defenses are not applicable to this action.

WHEREFORE, Defendant S Service, LLC, respectfully demands as follows:

1. That the Complaint against them be dismissed with prejudice and held for naught;

2. For a trial by jury on all issues so triable;

3. For an entry of judgment in favor of the Defendants;

3

ANS : 000003 of 000004

Filed          19-CI-000185     01/28/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:16:27 PM
82451-44

4. For their costs herein expended;

5. For their attorneys' fees;  and,

6. For any and all further relief to which they may be entitled.

SEWELL & NEAL, PLLC

/s/ Charles A. Walker
CHARLES A. WALKER
220 West Main Street, Suite 1800
Louisville, KY  40202
Telephone:    (502) 582-2030
Facsimile:    (502) 561-0766
E-mail:        cwalker@sonlegal.com
*Counsel for Defendant S Service, LLC*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was electronically filed and a copy mailed and/or e-mailed this 28th day of January, 2019 to the following individuals:

Brenton D. Stanley, Esq.
Morgan & Morgan Kentucky, PLLC
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
bstanley@forthepeople.com
*Counsel for Plaintiff*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Reynolds Manufacturing, Inc.*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Reynolds Consumer Products, LLC*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Pactiv, LLC*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Whittenberg Properties, LLC*

/s/ Charles A. Walker
CHARLES A. WALKER

4

Filed          19-CI-000185     01/28/2019          David L. Nicholson, Jefferson Circuit Clerk

Filed        19-CI-000185        01/28/2019        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:15:58 PM
82451-44

CASE NO. 19-CI-000185

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION TEN (10)

*Electronically Filed*

KEITH HAZELWOOD                                                    PLAINTIFF

V.

## NOTICE OF ELECTION OF ELECTRONIC SERVICE

S SERVICE, LLC, ET AL.                                            DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Notice is hereby given pursuant to CR 5.02(2) that the undersigned counsel for Defendant elects to effectuate and receive service of pleadings in this action electronically.  All counsel are directed to serve the undersigned counsel at the following e-mail addresses:

> Charles A. Walker
> cwalker@sonlegal.com
>
> Hilda Keenan
> hilda@sonlegal.com
>
> Courtney Holbrook
> cholbrook@sonlegal.com

> SEWELL & NEAL, PLLC
>
> /s/ Charles A. Walker
> CHARLES A. WALKER
> 220 West Main Street, Suite 1800
> Louisville, KY  40202
> Telephone:   (502) 582-2030
> Facsimile:    (502) 561-0766
> E-mail:        cwalker@sonlegal.com
> *Counsel for Defendant S Service, LLC*

NO : 000001 of 000002

Filed          19-CI-000185    01/28/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/07/2019 02:15:58 PM
82451-44

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was electronically filed and a copy mailed and/or e-mailed this 28th day of January, 2019 to the following individuals:

Brenton D. Stanley, Esq.
Morgan & Morgan Kentucky, PLLC
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
bstanley@forthepeople.com
*Counsel for Plaintiff*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Reynolds Manufacturing, Inc.*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Reynolds Consumer Products, LLC*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Pactiv, LLC*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Whittenberg Properties, LLC*


/s/ Charles A. Walker
CHARLES A. WALKER

2

NO : 000002 of 000002

CASE NO. 19-CI-000185

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION TEN (10)

*Electronically Filed*

KEITH HAZELWOOD                                                                    PLAINTIFF

V.

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

S SERVICE, LLC, ET AL.                                                          DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, S Service, LLC, by and through counsel, and gives notice that on the 28th

day of January, 2019, the undersigned counsel served Plaintiff with a copy of Defendant's First Set of

Interrogatories and Requests for Production of Documents.

SEWELL & NEAL, PLLC

/s/ Charles A. Walker
CHARLES A. WALKER
220 West Main Street, Suite 1800
Louisville, KY 40202
Telephone:    (502) 582-2030
Facsimile:    (502) 561-0766
E-mail:       cwalker@sonlegal.com
*Counsel for Defendant S Service, LLC*

Filed          19-CI-000185      01/28/2019          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
02/07/2019 02:15:34 PM
82451-44

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was electronically filed and a copy mailed and/or e-mailed this 28th day of January, 2019 to the following individuals:

Brenton D. Stanley, Esq.
Morgan & Morgan Kentucky, PLLC
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
bstanley@forthepeople.com
*Counsel for Plaintiff*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Reynolds Manufacturing, Inc.*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Reynolds Consumer Products, LLC*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Pactiv, LLC*

CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*On Behalf of Whittenberg Properties, LLC*

/s/ Charles A. Walker
CHARLES A. WALKER

2

NO : 000002 of 000002